RECEIVED
IN LAKE CHARLES, LA

MAY 1 5 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARIOT CREPIN | : | DOCKET NO. 2:09-cv-337 SECTION P |
| VS. | : | JUDGE MINALDI |
| MICHAEL MUKASEY, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Mariot Crepin filed a *habeas corpus* petition in the above-captioned matter on March 2, 2009. Doc. 1. On May 14, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Crepin was removed from the United States pursuant to an order of deportation on April 29, 2009. Doc. 9.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Mr. Crepin shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 15th day of May, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE